UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCELINE ESHLEMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 3:25-CV-05482-MLP<br><br>[PROPOSED] ORDER FOR STAY OF CASE PROCEEDINGS |

Good cause being established, the Commissioner's motion for a stay of case proceedings is granted. The Commissioner's responsive brief will now be due 14 days after funding is restored.

IT IS SO ORDERED.

DATED this 1st day of October, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Page 1     ORDER – 3:25-CV-05482-MLP

Presented by:

*/s/ Melissa A. DelGuercio*
MELISSA A. DELGUERCIO
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235
melissa.a.delguercio@ssa.gov